**FILED**

**FEB 21 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )   Case No. 11 B 03559
STONE GALLERY INTERNATIONAL               )
CORPORATION,                              )
                                          )
                                          )   Chapter 11
                                          )
       Debtor.                            )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MICHAEL T. NIGRO, SPECIAL COUNSEL FOR THE DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $4,836.00 | TOTAL COSTS REQUESTED: | $313.00 |
| TOTAL FEES REDUCED: | $2,038.40 | TOTAL COSTS REDUCED: | $313.00 |
| TOTAL FEES ALLOWED: | $2,797.60 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $2,797.60**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)   Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)   Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: February 21, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1/25/2012　　　　　　　　　　　　NIGRO, WESTFALL & GRYSKA, P.C.
11:45 AM　　　　　　　　　　　　　　　　Slip Listing　　　　　　　　　　　　　Page    1

|  | Selection Criteria |  |
|---|---|---|
| Slip.Transaction Dat | 3/29/2011 - 12/29/2011 | |
| Slip.Classification | Open | Granite Xperts-Attorney's Fees |
| Clie.Selection | Include: 10-0046 | |
| Slip.Transaction Typ | 1 - 1 | |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 186684　　　　　TIME<br>4/14/2011<br>Billed　　　　　G:38841　　　5/5/2011<br>Prepared draft of Complaint to Determine<br>Dischargability of Debt | MTN<br>160<br>stn.gallery/Gra | 1.50<br>0.00 | 260.00<br>C@10 | 390.00 |
| 186729　　　　　TIME<br>4/15/2011<br>Billed　　　　　G:38841　　　5/5/2011<br>Revised Complaint | MTN<br>REV<br>stn.gallery/Gra | 0.30<br>0.00 | 260.00<br>C@10 | 78.00 |
| 187902　　　　　TIME<br>5/20/2011<br>Billed　　　　　G:39144　　　6/7/2011<br>Appeared in court | MTN<br>A<br>stn.gallery/Gra | 1.00<br>1.00 | 260.00<br>C@10<br>No Charge | 260.00 |
| ④ 189076　　　　　TIME<br>6/24/2011<br>Billed　　　　　G:39580　　　7/13/2011<br>Appeared in court and reported to client | MTN<br>A<br>stn.gallery/Gra | 1.30<br>0.00 | 260.00<br>C@10 | 338.00<br>-$338 |
| ④ 190207　　　　　TIME<br>7/29/2011<br>Billed　　　　　G:39839　　　8/5/2011<br>Appeared in court and reported status to client | MTN<br>A<br>stn.gallery/Gra | 1.00<br>0.00 | 260.00<br>C@10 | 260.00<br>-$260 |
| 191472　　　　　TIME<br>9/7/2011<br>Billed　　　　　G:40527　　　10/11/2011<br>Reviewed court file on line and prepared notice<br>and motion for default | MTN<br>RF<br>stn.gallery/Gra | 0.50<br>0.00 | 260.00<br>C@10 | 130.00 |
| ⑦ 191582　　　　　TIME<br>9/9/2011<br>Billed　　　　　G:40527　　　10/11/2011<br>Appeared in court and advised client of status and<br>prepared draft of Affidavit for client and emailed<br>him with questions | MTN<br>A<br>stn.gallery/Gra | 2.00<br>0.00 | 260.00<br>C@10 | 520.00<br>-.1×520 = -$52 |

1/25/2012  NIGRO, WESTFALL & GRYSKA, P.C.
11:45 AM   Slip Listing                                   Page    2

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 191984  9/21/2011  Billed  G:40527  Reviewed Motion to Dismiss and some initial research | TIME  MTN  RVD  10/11/2011  stn.gallery/Gra | 0.70  0.00 | 260.00  C@10 | 182.00  −.1 × 182 = −$18.20 |
| (A) 192063  9/23/2011  Billed  G:40527  Appeared in court and advised client of status | TIME  MTN  A  10/11/2011  stn.gallery/Gra | 1.00  0.00 | 260.00  C@10 | 260.00  −$260 |
| (4) 192253  9/28/2011  Billed  G:40527  Reviewed file and researched motion | TIME  MTN  RF  10/11/2011  stn.gallery/Gra | 1.30  0.00 | 260.00  C@10 | 338.00  −$338 |
| (4) 192255  9/29/2011  Billed  G:40527  Researched issues | TIME  MTN  RES  10/11/2011  stn.gallery/Gra | 2.30  0.00 | 260.00  C@10 | 598.00  −$598 |
| (7) 192371  10/3/2011  Billed  G:40756  Researched cases and prepared draft of Response to Motion to Dismiss | TIME  MTN  RES  11/7/2011  stn.gallery/Gra | 2.40  0.00 | 260.00  C@10 | 624.00  −.1 × 624 = −$62.40 |
| (7) 193609  11/14/2011  Billed  G:41020  Reviewed Reply brief and prepared outline for oral argument | TIME  MTN  RVD  12/8/2011  stn.gallery/Gra | 1.00  0.00 | 260.00  C@10 | 260.00  −.1 × 260 = −$26 |
| (7) 193792  11/18/2011  Billed  G:41020  Appeared in court and obtained denial of defendant's motion to dismiss and advised client | TIME  MTN  A  12/8/2011  stn.gallery/Gra | 1.50  0.00 | 260.00  C@10 | 390.00  −.1 × 390 = −$39 |

Grand Total

|  | Billable | 16.80 | 4368.00 |
|---|---|---|---|
|  | Unbillable | 1.00 | 260.00 |
|  | Total | 17.80 | 4628.00 |

| | |
|---|---|
| 1/25/2012 | NIGRO, WESTFALL & GRYSKA, P.C. |
| 11:46 AM | Slip Listing                                            Page    1 |

## Selection Criteria

| | |
|---|---|
| Slip.Transaction Dat | 3/29/2011 - 12/29/2011 |
| Slip.Classification | Open |
| Clie.Selection | Include: 10-0046                    Granite Xperts-Expenses |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| Ⓐ 186972<br>4/21/2011<br>Billed<br>Clerk, U.S. Bankruptcy Court » MTN Credit Card | EXP<br>G:38841 | 5/5/2011 | N&W<br>$37B<br>stn.gallery/Gra | 1 | 250.00 | 250.00<br><br>-$250 |
| 188480<br>5/20/2011<br>Billed<br>Special process server. Metro - Guarino | EXP<br>G:39144 | 6/7/2011 | N&W<br>$31<br>stn.gallery/Gra | 1 | 55.00<br>No Charge | 55.00 |
| Ⓐ 188225<br>5/25/2011<br>Billed<br>Miscellaneous charge - VTS Investigations »<br>Inv.#101865 | EXP<br>G:39144 | 6/7/2011 | N&W<br>$20<br>stn.gallery/Gra | 1 | 20.00 | 20.00<br><br>-$20 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 0.00 | 270.00 |
| | Unbillable | 0.00 | 55.00 |
| | Total | 0.00 | 325.00 |

| | | |
|---|---|---|
| 1/25/2012 | NIGRO, WESTFALL & GRYSKA, P.C. | |
| 11:30 AM | Slip Listing | Page    1 |

### Selection Criteria

| | | |
|---|---|---|
| Slip.Transaction Dat | 3/29/2011 - 12/29/2011 | |
| Slip.Classification | Open | AMB Property II, L.P.-Attorne |
| Clie.Selection | Include: 10-0360 | Fees |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 189551         TIME<br>7/7/2011<br>Billed         G:39842         8/5/2011<br>Revised Lease and Extension Agreement, talked<br>to client and prepared letter to landlord | MTN<br>REV<br>stn.gallery/AMB | 1.00<br>0.00 | 260.00<br>C@10 | 260.00 |

(7)  $-.1 \times 260 = -\$26$

| 189638         TIME<br>7/12/2011<br>Billed         G:39842         8/5/2011<br>Telephone conference with landlord rep re early<br>termination and advised client and emailed client | MTN<br>TC<br>stn.gallery/AMB | 0.80<br>0.00 | 260.00<br>C@10 | 208.00 |

(7)  $-.1 \times 208 = -\$20.80$

Grand Total

| | | |
|---|---|---|
| Billable | 1.80 | 468.00 |
| Unbillable | 0.00 | 0.00 |
| Total | 1.80 | 468.00 |

| | |
|---|---|
| 1/25/2012 | NIGRO, WESTFALL & GRYSKA, P.C. |
| 11:51 AM | Slip Listing                           Page    1 |

## Selection Criteria

Slip.Transaction Dat  3/29/2011 - 12/29/2011
Slip.Classification   Open                                    Marble & Granite City, LLC- Expenses
Clie.Selection        Include: 10-0047
Slip.Transaction Typ  2 - 2

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 193514<br>11/9/2011<br>Billed<br>Sheriff of DuPage County, writ»ck 56855 | EXP<br><br>G:41021 | <br><br>12/8/2011 | N&W<br>$30D<br>stn.gallery/Mar | 1 | 43.00 | 43.00<br><br>-$43 |

Grand Total

| | Billable | 0.00 | 43.00 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 43.00 |