Form 271 (08/06)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re Stone Gallery International Corp.,          Case No. 11 B 03559
       Debtor(s)

Last four digits of Social Security No(s).: n/a
Employer's Tax Identification (EID) No(s). [if any]: 20-8119742

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐      _____N/A_____
              (name of trustee)
       is discharged as trustee of the estate of the above-named debtor;

☒      the chapter __11__ case of the above-named debtor is closed; and

☐      [other provisions as needed]

Date: __16 MAY 2012__

_____
United States Bankruptcy Judge

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*

Stone Gallery International Corporation